WILLIAM NOLAN, Appellant, v. THE CITY OF NEW YORK, Respondent.

*Nolan* v. *City of New York*, 148 App. Div. 892, affirmed.
(Argued January 12, 1914; decided January 27, 1914.)

APPEAL from a judgment, entered January 18, 1912, upon an order of the Appellate Division of the Supreme Court in the first judicial department, overruling plaintiff's exceptions, ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing judgment dismissing the complaint in an action to recover for labor performed and materials furnished.

*L. Laflin Kellogg* and *Alfred C. Petté* for appellant.

*Archibald R. Watson, Corporation Counsel* (*Terence Farley* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN and CUDDEBACK, JJ. Not sitting: MILLER, J.